_____ Priority
__/__ Send
_____ Clsd
_____ Enter
_____ JS-5/JS-6
_____ JS-2/JS-3

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

Case No.SA CV03-00542-CJC                    Date: May 22, 2003

Title:  METROPOLITAN IND., INC., V. COMPLETE CLOTHING CO., ET AL.,

=================================================================================

PRESENT:  HONORABLE CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE

Cynthia Salyer                              Not Present
Courtroom Deputy                            Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:    ATTORNEYS PRESENT FOR DEFENDANTS:

None Present                                None Present

PROCEEDINGS:                 **IN CHAMBERS**


The Court hereby dismiss plaintiff(s) complaint or count-complaint against defendant(s) **DOES** ( I-10 ).

Pursuant to rule 15 of the Federal Rules of Civil Procedure, a party may amend, or request leave to amend, its pleadings in the event additional parties are necessary to the action.  (ENT___)
NO JS 6.

ENTER

MAY 2 2 2003        Initials of Deputy Clerk _____

MINUTES FORM 11
CIVIL – GEN